IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )   Criminal Action No. 18-38<br>)<br>SUMMER WEBSTER, )   REDACTED<br>)<br>Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about April 17, 2017, in the District of Delaware, Summer Webster, the defendant, in connection with the acquisition of a firearm, that is, a Kel Tec, 9 mm semi-automatic pistol, model P11, bearing serial number 17506, from Miller's Gun Center, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement, which statement was intended and likely to deceive Miller's Gun Center as to a fact material to the lawfulness of the sale of the firearm to the defendant under the provisions of Chapter 44, Title 18, United States Code, in that the defendant did execute a Firearm Transaction Record, ATF Form 4473, representing that she was the actual buyer of the firearm, when, in fact, and as the defendant then knew, the statement was false and fictitious.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. 924(d)(1) and 28 U.S.C. 2461(c), the firearm involved in the commission of the offense and specified in Count 1, incorporated herein by reference.

A TRUE BILL:

Foreperson

DAVID C. WEISS
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 5/10/18